

RECEIVED
IN MONROE, LA.

DEC 1 5 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| DONNA OSBORNE MCKENZIE | * | CIVIL ACTION NO. 11-1604 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| EOG RESOURCES, INC., ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that the motion to dismiss for lack of personal jurisdiction [doc. # 10], as supplemented [doc. # 29], filed by defendant, Mark Papa, is hereby GRANTED, and that plaintiff's claims against said defendant are DISMISSED, without prejudice.  Fed.R.Civ.P. 12(b)(2).

IT IS FURTHER ORDERED that the motion to dismiss for failure to state a claim upon which relief can be granted [doc. # 10] is DENIED, as moot.

THUS DONE AND SIGNED this   15   day of   December   , 2011, Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE