

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **DONNA OSBORNE MCKENZIE** | * | **CIVIL ACTION NO. 11-1604** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **EOG RESOURCES, INC., ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

### MEMORANDUM RULING

Pending before the Court is a Report and Recommendation [Doc. No. 36] filed by the Magistrate Judge on March 16, 2012.[1] Defendant EOG Resources, Inc. ("EOG") filed an Objection [Doc. No. 38] on March 29, 2012. *Pro se* Plaintiff Donna Osborne McKenzie ("McKenzie") filed a pleading [Doc. No. 39], construed by the Court as an Objection to the Report and Recommendation, on April 27, 2012.

The Court notes that McKenzie's pleading was filed untimely. Nevertheless, given her *pro se* status, the Court has considered her Objection.

After having considered the entire record, including the Objection, the Court hereby ADOPTS the Magistrate Judge's Report and Recommendation. Accordingly, EOG's Rule 12(b)(7) Motion to Dismiss [Doc. No. 33] is DENIED, and this matter is REMANDED to the Superior Court for the County of San Bernardino, State of California.

---

[1] The Report and Recommendation [Doc. No. 36] provides a complete treatment of the procedural history of this case.

THUS DONE AND SIGNED this 2nd day of May, 2012, Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE